# Lafayette & Kumagai

**Lafayette & Kumagai LLP**
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415.357.4600 TEL
415.357.4605 FAX

www.lkclaw.com

November 24, 2010

<u>VIA E-FILE</u>

Honorable Magistrate Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

Re:   *Shokat Hamed v. Macy's West Stores, Inc., et al.*
U.S. District Court Case No. 3:10-CV-02790-JCS

Dear Judge Spero:

A continued Case Management Conference is scheduled for the above-referenced matter for December 3, 2010, at 1:30. The undersigned counsel of record will appear on behalf of defendant Macy's West Stores, Inc. However, the office of defendant's co-counsel and lead attorney, JoAnn Nelson, is located at Macy's headquarters in St. Louis, Missouri. Ms. Nelson has been involved with all recent aspects of this case. She participated in the initial telephone conference with the neutral evaluator, the Honorable David Garcia, regarding the ENE, she took plaintiff's deposition in San Francisco on November 17, 2010, and returned to San Francisco on November 23, 2010, to attend the ENE on this matter.

Defendant respectfully requests that Ms. Nelson be allowed to appear at the CMC by telephone. If Defendant's request is granted by the Court, Ms. Nelson can be reached at (314) 342-6512 (land line) at the time of the conference.

Thank you for your consideration of defendant's request. If you have any questions, or if we can provide further information, please do not hesitate to contact the undersigned.

Very truly yours,

LAFAYETTE & KUMAGAI LLP        Dated: Nov. 29, 2010

/SUSAN T. KUMAGAI

STK:lr

cc:   Henry G. Wykowski
JoAnn Nelson



IT IS SO ORDERED
Judge Joseph C. Spero

Corr\Judge Garcia 11-19-10.doc