# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415.357.4600 TEL
415.357.4605 FAX
www.lkclaw.com

January 31, 2011

**VIA E-FILE**

Honorable Magistrate Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

    Re: *Shokat Hamed v. Macy's West Stores, Inc., et al.*
       U.S. District Court Case No. 3:10-CV-02790-JCS

Dear Judge Spero:

A continued Case Management Conference is scheduled for the above-referenced matter for February 4, 2011, at 1:30 p.m. JoAnn Nelson, defendant's co-counsel and lead attorney, will appear on behalf of defendant Macy's West Stores, Inc.

Defendant respectfully requests that Ms. Nelson be allowed to appear at the CMC by telephone. If Defendant's request is granted by the Court, Ms. Nelson can be reached at (314) 342-6512 (land line) at the time of the conference.

Thank you for your consideration of defendant's request. If you have any questions, or if we can provide further information, please do not hesitate to contact the undersigned.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

*/s/ Tatiana Small*

TATIANA SMALL

TAS:lr

cc: Henry G. Wykowski
   JoAnn Nelson

Dated: Feb. 1, 2011

**IT IS SO ORDERED**
Judge Joseph C. Spero

Judge Spero: 1-31-11.doc