LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
TATIANA SMALL (State Bar No. 259697)
Email: tsmall@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

JOANN NELSON, *PRO HAC VICE*
BETTY TIERNEY, *PRO HAC VICE*
MACY'S INC. LAW DEPARTMENT
611 Olive Street, 10th Floor
St. Louis, Missouri 63101
Telephone:  (314) 342-6512
Facsimile:  (314) 342-6384
Email: JoAnn.Nelson@macys.com
EMAIL: Betty.Tierney@macys.com

Attorneys for Defendant
MACY'S WEST STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOKAT HAMED,<br><br>    Plaintiff,<br><br>vs.<br><br>MACY'S WEST STORES, INC., and DOES 1-50,<br><br>    Defendants. | Case No. CV10-2790 JCS<br><br>**DEFENDANT MACY'S WEST STORES, INC.'S OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS**<br><br>Location:  Courtroom G, 15th Floor<br>Judge:     Hon. Joseph C. Spero<br><br>Pretrial Conference: July 7, 2011<br>Trial date:          July 18, 2011 |

   Defendant Macy's West Stores, Inc. ("Defendant"), submit its objections to Plaintiff's Proposed Trial Exhibits, attached hereto as Exhibit "A."

Dated: June 27, 2011                              LAFAYETTE & KUMAGAI LLP

                                                  */s/ Susan T. Kumagai*
                                                  SUSAN T. KUMAGAI
                                                  Attorneys for Defendant
                                                  MACY'S WEST STORES, INC.

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 27, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

          /s/ *Susan T. Kumagai*
          Susan T. Kumagai

\Ham\Trial\Def's objs to pl's exhs.doc

Exhibit A

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS**

| EX. NO. | DESCRIPTION | BATES NUMBER(S) | OBJECTIONS |
|---|---|---|---|
| 43 | Awards given to Plaintiff | SH 00038-00080 | FRE 402; FRE 802 |
| 44 | Plaintiff's Performance Evaluations | SH 000145, 000144, 000159, 000147; MACYS000075 | FRE 402; FRE 802; foundation |
| 45 | Excerpts from Macy's 2005 Associate Guide | MACYS000593-597 | FRE 402 |
| 46 | Excerpt from Macy's Handbooks | MACYS000623 | FRE 402 |
| 50 | Showlee Khalessi Statement | MACYS000197 | FRE 402; FRE 403; FRE 802; self-serving; foundation |
| 51 | Request for Personnel Records | MACYS000071-73 | FRE 402 |
| 52 | Acknowledgement of Receipt of Macy's Bullock's Handbook | SH 00162 | |
| 56 | Paid Vacation Request | MACYS000788 | FRE 402; FRE 403 |
| 57 | Macy's Human Resources Policies | MACYS000818-821 | FRE 402; FRE 403 |
| 58 | Leave of Absence Notification | MACYS000033-45 | FRE 402; FRE 403 |
| 59 | Federated Employee Services Leave of Absence Policies | MACYS000016-20 | FRE 402; FRE 403 |
| 60 | Kaiser Records from Appointments with Dr. Linda Beck - Pgs. 338, 339, 340, 289, 290 | | FRE 402; FRE 802; foundation; authenticity |
| 61 | Kaiser Records from Appointments with Dr. Gary Stein - Pgs. 291-308, 174, 180, 181, 314-317, 228-233 | | FRE 402; FRE 802; foundation; authenticity |
| 62 | Kaiser Records of Appointments with Dr. Paul Chen - Pgs. 147-149, MACYS000101, Pgs. 14, 150-152, 194-196 | | FRE 402; FRE 802; foundation; authenticity |
| 64 | Medi-Cal Change Notice of Action | SH 00036 | FRE 402; FRE 802; foundation; authenticity |
| 66 | Plaintiff EDD Application | SH 00130-00137 | FRE 402; FRE 802; foundation; authenticity |
| 67 | Social Security Administration Notice | SH 00037 | FRE 402; FRE 802; foundation; authenticity |
| 70 | Earnings and Hours Summaries and Job Information | MACYS000247-250, 274 | FRE 402 as to Bates Numbers 247 & 249 |

1

| EX. NO. | DESCRIPTION | BATES NUMBER(S) | OBJECTIONS |
|---|---|---|---|
| 75 | Declaration of Brenda Moore In Support of Motion for Summary Judgment | | FRE 402; duplication |
| 76 | Amended Declaration of Brenda Moore In Support of Motion for Summary Judgment | | FRE 402 |
| 77 | Declaration of Joseph Dunnam In Support of Motion for Summary Judgment | | FRE 402; duplication |
| 78 | Amended Declaration of joseph Dunnam In Support of Motion for Summary Judgment | | FRE 402 |
| 79 | Declaration of Helen Morales In Support of Motion for Summary Judgment | | FRE 402; duplication |
| 80 | Amended Declaration of Helen Morales In Support of Motion for Summary Judgment | | FRE 402 |
| 81 | Declaration of Christina Goodin In Support of Motion for Summary Judgment | | FRE 402; duplication |
| 82 | Amended Declaration of Christina Goodin In Support of Motion for Summary Judgment | | FRE 402 |
| 83 | Supplemental Declaration of Christina Goodin In Support of Motion for Summary Judgment | | FRE 402 |
| 84 | Documents related to Plaintiff's job searches | SH 00168-00201 | Foundation; authenticity |
| 85 | Report of Plaintiff's Expert Witness Richard Carlson | | FRE 802 |
| 86 | Attendance records, leave records, performance evaluations of, and complaints involving, T. J. Traversie | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 87 | Performance evaluations of, and complaints involving, Bahrt Arellano | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 88 | Performance evaluations of, and complaints involving, Jeffrey A. Baxter | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |

2

| EX. NO. | DESCRIPTION | BATES NUMBER(S) | OBJECTIONS |
|---|---|---|---|
| 89 | Performance evaluations of, and complaints involving, Joseph C. Dunnam | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 90 | Performance evaluations of, and complaints involving, Scott Foley | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 91 | Performance evaluations of, and complaints involving, Christina Goodin, and documents related to the end of Christina Goodin's employment with Macy's | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 92 | Performance evaluations of, and complaints involving, Hanan Totah | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 93 | Performance evaluations of, and complaints involving, Ed Lamberger | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 94 | Performance evaluations of, and complaints involving, Brenda Moore | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 95 | Attendance records, performance evaluations of, and complaints involving, Helen Morales | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 96 | Performance evaluations of, and complaints involving, William S. Templeton | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 97 | Attendance records, leave records, performance evaluations of, and complaints involving, Jorge Aguilar | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |
| 98 | Attendance records, leave records, performance evaluations of, and complaints involving, Marco Wu | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |

| EX. NO. | DESCRIPTION | BATES NUMBER(S) | OBJECTIONS |
|---|---|---|---|
| 99 | Attendance records, leave records, performance evaluations of, and complaints involving, Raquel Echevarria | To be Subpoenaed | FRE 402; FRE 802; Violation of Constitutional Right to Privacy; foundation |

4