1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOKAT HAMED,

         Plaintiff(s),

   v.

MACYS WEST STORES,

         Defendant(s).

_____/

Case No.  C10-02790 JCS

**ORDER DIRECTING THAT THE UNITED STATES DISTRICT COURT FURNISH DAILY REFRESHMENTS**

     IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **July 19, 2011**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

     IT IS SO ORDERED.

Dated: July 14, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge