United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOKAT HAMED,  No. C-10-2790 JCS

    Plaintiff,

  v.

MACY'S WEST STORES, INC.,

    Defendant.
_____/

**FINAL SPECIAL VERDICT FORM**

Dated: July 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

1. Did Macy's discriminate against Shokat Hamed on the basis of age?

(Check one).

    \_\_\_ **Yes**          \_\_\_ **No**

**If your answer to question 1 is yes, then answer question 2. If you answered no, skip the remaining questions and sign and date this form.**

2. What are Shokat Hamed's damages caused by age discrimination?

   a. Past economic loss including lost earnings: $_____

   b. Future economic loss including lost earnings: $_____

   c. Past non-economic loss, including emotional distress/mental suffering:
   $_____

   d. Future non-economic loss, including emotional distress/mental suffering
   $_____

TOTAL $_____

**Proceed to Question 3**

3. If you answered "NO" to question 1, skip this question and sign and date the form. If you answered "YES" to question 1 above, do you find by clear and convincing evidence that Macy's conduct was committed with malice, oppression or fraud.

(Check one)

    \_\_\_ **Yes**          \_\_\_ **No**

**PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:** _____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.

United States District Court
For the Northern District of California