UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOKAT HAMED,                                                                 No. C-10-2790 JCS

        Plaintiff,

  v.

MACY'S WEST STORES, INC.,

        Defendant.
_____/

**VERDICT FORM RE AMOUNT OF PUNITIVE DAMAGES**

Dated: July 26, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

**JURY VERDICT**

We, the jury, unanimously find as follows:

**AMOUNT OF PUNITIVE DAMAGES:**

1. What amount of punitive damages do you award?

    $_____

**PLEASE SIGN AND DATE THE VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:** _____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.