FILED

JUL 2 7 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOKAT HAMED,

    Plaintiff,

    v.

MACY'S WEST STORES, INC.,

    Defendant.
                                  /

No. C-10-2790 JCS

**FINAL SPECIAL VERDICT FORM**

Dated: July 25, 2011

JOSEPH C. SPERO
United States Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

1. Did Macy's discriminate against Shokat Hamed on the basis of age?

   (Check one).

   **X** Yes  ___ No

   **If your answer to question 1 is yes, then answer question 2. If you answered no, skip the remaining questions and sign and date this form.**

2. What are Shokat Hamed's damages caused by age discrimination?

   a. Past economic loss including lost earnings: $ 33,101.00

   b. Future economic loss including lost earnings: $ 34,875.00

   c. Past non-economic loss, including emotional distress/mental suffering:
   $ 32,100.00

   d. Future non-economic loss, including emotional distress/mental suffering
   $ 5,537.00

   TOTAL $ 105,613.00

   **Proceed to Question 3**

3. If you answered "NO" to question 1, skip this question and sign and date the form. If you answered "YES" to question 1 above, do you find by clear and convincing evidence that Macy's conduct was committed with malice, oppression or fraud.

   (Check one)

   ___ Yes  **X** No

   **PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM**

   Signed: _[signature]_

   Foreperson of the Jury: David S. Gehrig

   Dated: July 27, 2011

   After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.