1  Henry G. Wykowski (State Bar No. 068255)
   **HENRY G. WYKOWSKI & ASSOCIATES**
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone:  (415) 788-4545
   Facsimile:  (415) 788-4546
4
   *Attorneys for Plaintiff*
5  SHOKAT HAMED

6  **LAFAYETTE & KUMAGAI LLP**
7  SUSAN T. KUMAGAI (State Bar No. 127667)
   Email: skumagai@lkclaw.com
   TATIANA SMALL (State Bar No. 259697)
8  Email: tsmall@lkclaw.com
   100 Spear Street, Suite 600
9  San Francisco, California 94105
   Telephone:   (415) 357-4600
10 Facsimile:    (415) 357-4605

11 BETTY TIERNEY, *PRO HAC VICE*
   JOANN NELSON, *PRO HAC VICE*
12 **MACY'S INC. LAW DEPARTMENT**
   611 Olive Street, 10th Floor
13 St. Louis, Missouri 63101
   Telephone:    (314) 342-6512
14 Facsimile:    (314) 342-6384
   Email: JoAnn.Nelson@macys.com
15 EMAIL: Betty.Tierney@macys.com

16
   *Attorneys for Defendant*
17 MACY'S WEST STORES, INC.

18                    **UNITED STATES DISTRICT COURT**

19                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

21 SHOKAT HAMED,                              No. CV 10-2790 JCS

22                  Plaintiff,                **STIPULATION OF THE PARTIES
                                              TO SET BRIEFING SCHEDULE RE:
23         v.                                 ATTORNEYS' FEES AND COSTS
                                              MOTION**
24
                                              Complaint Filed:  May 21, 2010
25 MACY'S WEST STORES, INC. and DOES          Trial Date:       July 18, 2011
   1-50,
26                                            **HON. JOSEPH C. SPERO**
                  Defendants.
27

28

H<span>ENRY</span> G.
W<span>YKOWSKI</span> &
A<span>SSOCIATES</span>
A<span>TTORNEYS AT</span> L<span>AW</span>

STIPULATION TO ESTABLISH  BRIEFING SCHEDULE RE COSTS AND ATTORNEYS' FEES MOTION
*Shokat Hamed v. Macy's West Stores, Inc., CV 10-2790 JCS*

1

WHEREAS, pursuant to Federal Rule of Civil Procedure 54 Plaintiff's Motion for an Award of Costs and Attorneys' Fees, and any other Court-ordered recovery Plaintiff is entitled to under the law, is presently due on August 10, 2011. Plaintiff Shokat Hamed ("Plaintiff") and Defendant Macy's West Stores, Inc. ("Defendant") (collectively referred to as the "parties"), through their counsel of record, hereby stipulate to the following proposed briefing schedule and respectfully ask the Court to adopt it as an Order. The briefing schedule is as follows:

- Plaintiff's Motion for Costs and Attorneys' Fees will be filed no later than August 24, 2011;

- Defendant's Opposition to Plaintiff's Motion will be filed no later than September 9, 2011;

- Plaintiff's Reply in Support of the Motion will be filed no later than September 16, 2011;

- The Motion will be heard on September 30, 2011 or any later date that is convenient for the Court.

IT IS SO STIPULATED:

Dated: August 3, 2011                LAFAYETTE & KUMAGAI LLP

                                      s/Susan T. Kumagai
                                     SUSAN T. KUMAGAI
                                     Attorneys for Defendant
                                     MACY'S WEST STORES, INC.

Dated: August 3, 2011                HENRY G. WYKOWSKI & ASSOCIATES

                                      s/Henry G. Wykowski
                                     HENRY G. WYKOWSKI
                                     Attorneys for Plaintiff
                                     SHOKAT HAMED

STIPULATION TO ESTABLISH BRIEFING SCHEDULE RE COSTS AND ATTORNEYS' FEES MOTION
*Shokat Hamed v. Macy's West Stores, Inc., CV 10-2790 JCS*

2

**ORDER**

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1. That the briefing scheduled stipulated to by the parties is hereby adopted by the Court;
2. That the Motion shall be heard on ~~September 30, 2011~~ October 7, 2011, at 9:30 a.m. _____.

SO ORDERED

Dated: 08/04/2011                    _____
                                      HONORABLE
                                      UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

STIPULATION TO ESTABLISH BRIEFING SCHEDULE RE COSTS AND ATTORNEYS' FEES MOTION
*Shokat Hamed v. Macy's West Stores, Inc., CV 10-2790 JCS*

HENRY G. WYKOWSKI & ASSOCIATES
ATTORNEYS AT LAW

3

**CERTIFICATE OF SERVICE**

    I certify that of copy of the above document was served electronically on August 3, 2011 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

                                                     /s/ Henry G. Wykowski
                                                   Henry G. Wykowski

HENRY G. WYKOWSKI & ASSOCIATES
ATTORNEYS AT LAW

STIPULATION TO ESTABLISH BRIEFING SCHEDULE RE ATTORNEYS' FEES AND COST MOTION
*Shokat Hamed v. Macy's West Stores, Inc., CV 10-2790 JCS*